IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA L. REILLY, ET AL., | ) | |
|     Appellants, | ) | Civil Action No. 08-1349 |
| | ) | |
|     v. | ) | Procedural Order for |
| | ) |  Bankruptcy Appeals |
| ERNST & YOUNG, LLP, ETC., | ) | |
|     Appellee. | ) | |

<u>ORDER</u>

The above action seeks review of a decision by the United States Bankruptcy Court for the Western District of Pennsylvania. In accordance with Bankruptcy Rules 8009 and 8010, IT IS HEREBY ORDERED that the parties shall proceed as follows:

(1)  The appellant shall serve and file their brief by October 30, 2008;

(2)  The appellees shall serve and file their brief by November 14, 2008;

(3)  The appellant may serve and file a reply brief by November 24, 2008

(4)  No extensions of time will be permitted without order of the Court.

                                                BY THE COURT:

                                                <u>s/Gary L. Lancaster</u>
                                                Gary L. Lancaster,
                                                United States District Judge

Dated:  October 15, 2008

cc:  All parties of record